

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2024

**BY E-MAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to January 24, 2025 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 30, 2024

Re:    *United States v. Randall Harvey*, 17 Cr. 142

Dear Judge Abrams:

The parties write to respectfully request an adjournment of the status conference presently set for January 3, 2025, at 2:30 p.m. in the above-captioned case.  To refresh the Court's recollection, the defendant pled guilty to one count of being a felon in possession of ammunition before Judge Marrero in *United States v. Randall Harvey*, 22 Cr. 079 (VM).  The violation of supervised release pending before Your Honor primarily concerns the same underlying incident.

Sentencing in the case before Judge Marrero has been rescheduled for January 17, 2025, at 2:00 p.m.  Because resolution of that case will likely impact the parties' ability to resolve the case before Your Honor, the parties agree that it makes sense to postpone a conference in this proceeding until after that sentencing occurs.  Accordingly, the parties respectfully request that the scheduled conference be adjourned until after January 17, 2025.

Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: 
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448