

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 22, 2025

**BY E-MAIL AND ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to January 31, 2025 at 12:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 23, 2025

Re:     *United States v. Randall Harvey*, **17 Cr. 142**

Dear Judge Abrams:

The parties write to respectfully request an approximately one-week adjournment of the status conference presently set for January 24, 2025, at 11:30 a.m. in the above-captioned case.

Last Friday, January 17, 2025, the defendant was sentenced by Judge Marrero to 116 months' imprisonment in *United States v. Randall Harvey*, 22 Cr. 079 (VM), in which the defendant was charged with one count of being a felon in possession of ammunition. The violation of supervised release pending before Your Honor concerns the same underlying incident. The parties are currently in discussions to attempt to resolve the specifications pending before Your Honor without a hearing. To allow those discussions to reach a conclusion, the parties respectfully request an adjournment of the proceeding presently scheduled for January 24, 2025, for approximately one week. If it is convenient for the Court, both parties are available all day on Friday, January 31, 2025.

Defense counsel consents to this request.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448