UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>RANDALL HARVEY,<br><br>      Defendant. | No. 17-cr-142 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court is in receipt of a letter from Defendant Randall Harvey, dated August 15, 2025, which it has forwarded to his attorney.

SO ORDERED.

Dated: September 12, 2025
     New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge